IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MAIZIE AVICHAIL, <br> As next friend for <br> T.A., a minor, <br><br> Plaintiff, <br><br> v. <br><br> ST. JOHN'S MERCY HEALTH SYSTEM, <br> a Missouri non-profit corporation doing <br> business as ST. JOHN'S MERCY <br> MEDICAL CENTER, GERALDINE <br> JONES and FASTAFF, INC., a Colorado <br> Corporation, d/b/a Fastaff Travel Nursing <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 4:09CV00069-ERW |

## PLAINTIFF'S WITNESS LIST

COME NOW, the Plaintiff by and through her attorney, Nathan Davidovich, Davidovich Law Firm, LLC and hereby submits her Witness List as follows:

<u>Will Call Witnesses</u>                                    <u>Estimated Time for Examination</u>

| | |
|---|---|
| Maizie Avichail | 2 hrs. |
| Josephine Carolino | 1 hr. |
| Tchiya Avichail | |
| Talya Avichail | 1 hr. |
| Yisroel Avichail BY VIDEO | 1 hr. |
| David Polaner, M.D. | 1.5 hrs. |
| Leah Hochbaum | 1.5 hrs. |
| James Evenson | 1.5 hr. |
| Paul Levisohn, MD - Rebuttal | 1.5 hrs |

May Call Witnesses

| Noa Mandelbaum or Tamar Heksher or Timora Cannon - BY VIDEO | 1 hr. |
|---|---|
| Allison Galliley | 1 hr. |
| Patricia Stapf | 1 hr |
| Geraldine Jones | 1 hr |

Respectfully submitted this 27th day of September, 2010.

s/ Nathan Davidovich
Nathan Davidovich
Davidovich Law Firm, LLC
219 South Holly Street
Denver, Colorado 80246
Tel: (303) 825-5529
Fax: (303) 265-9797
nathandavidovich@talk-law.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2010, a true and correct copy of the foregoing **PLAINTIFF'S WITNESS LIST** was served by CMECF, addressed to:

>Kenneth W. Bean, Esq.
>Bobbie Moon, Esq.
>Sandberg Phoenix & von Gontard P.C
>600 Washington Avenue - Suite 1500
>St. Louis, MO 63101-1313
>kbean@sandbergphoenix.com
>bmoon@sandbergphoenix.com
>
>Richard Hunsaker, Esq.
>Melanie E. Riley, Esq.
>HEYL, ROYSTER, VOELKER & ALLEN
>Richard Hunsaker
>105 West Vandalia Street, Suite 100
>Edwardsville, IL 62025
>rhunsaker@exchange.heylroyster.com
>mriley@exchange.heylroyster.com

    s/Julie Rotenberg