# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

### MINUTES OF CIVIL JURY/NON JURY TRIAL

**Presiding Judicial Official** __E. Richard Webber__     **Date** __10/26/10__   **Case No.** __4:09-cv-69-ERW__

_____Maizie Avichail_____ **Vs.** _____St. John's Mercy Health System_____

Parties present for  X JURY TRIAL  9 NON JURY TRIAL     ____Day 7____

Court Reporter____D. Kriegshauser_____Deputy Clerk_____M.G.Kost_____

Attorney(s) for Plaintiff(s)_____Nathan Davidovich_____

Attorney(s) for Defendant(s)_____Kenneth Bean, Richard Hunsaker, Melanie Riley, Bobbie Moon_____

9 Jury impaneled and sworn.   9 Opening Statement(s) of  9 Plaintiff(s)  9 Defendant(s) made.

9 Plaintiff(s) evidence 9 commenced  9 resumed  9 and  9 but not  9 concluded.

9 Defendant(s) evidence  9 commenced 9 resumed and concluded.

9 Plaintiff(s) evidence in rebuttal 9 commenced 9 resumed 9 and 9 but not  9 concluded.

9 Defendant(s) evidence in surrebuttal 9 commenced 9 resumed 9 and 9 but not 9 concluded.

9 Oral T Written  Motions Pursuant Rule 50 at the close of  9 pltf's case  T deft's case

T filed  T made/argued by  9 pltf(s)  T deft(s)  and is  T Overruled/Denied subject to reconsideration at later

time. 9 Sustained 9 Court's ruling reserved  9 taken under submission   9 taken with the case.

T Closing Arguments of counsel made.   T Case taken under advisement.

9 (Simultaneous) briefs due _____.  9 Case is settled.  Dismissal papers due_____.

T Jury charged and retires to consider its verdict(s) at 1:01____ pm

T Verdict(s) returned at 3:00____ pm

9 Jury having been given a special verdict in the form of written interrogatories for finding of fact,
   retires to consider its verdict(s) at ____ am/pm    9 Verdict(s) returned at ____ am/pm

9 Jury unable to agree upon  its verdict(s) by ___am/pm is excused  to resume deliberations _____ at ___ am/pm 9
The Court declares a MISTRIAL.    9  Trial is reset_____.

T On motion of  9 plaintiff  9 defendant  T Court the jury is polled.

9 Proceedings to continue___at___

T Judgment is entered accordingly this date.  T Depositions T Exhibits retained by 9 Court  T Counsel.

**PROCEEDINGS COMMENCED:**   __9:39 a.m. - 1:01 p.m.__   **CONCLUDED:**   __3:00 p.m. - 3:05 p.m.__