

**Eagle's Nest Cafe'**
111 S. 10th Street
St. Louis MO 63102
(314) 539 - 6762

# Invoice

Number: **3543**

Date: **October 26, 2010**

**Bill To:**

| |
|---|
| Judge Webber<br>Jury Meals<br>111 S. 10th St  12 s<br>St. Louis, MO 63102 |

**Ship To:**

| |
|---|
| Judge Webber<br>Jury Meals<br>111 S. 10th St  12 s<br>St. Louis, MO 63102 |

| Customer | Terms | Project |
|---|---|---|
|  |  |  |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
|  | Jury Meals | 8.00 | 7.50 | 60.00 |

Total  **$60.00**

Thank You